UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 11-01778-JVS (MLGx)                     Date   April 9, 2012

Title        Shirley Emeliana Garcia v. Experian Information Solutions, Inc.

Present: The Honorable        James V. Selna

        Adrianna Gonzalez                                     Sharon Seffens
        Deputy Clerk                                          Court Reporter

    Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

        Stephanie  R. Tatar                                   Nilab N. Rahyar

**Proceedings:    Scheduling Conference**

        Cause called and counsel make their appearances.  The Court and counsel confer.  The Court sets
the case management dates with the agreement of counsel as follows:

                **Jury Trial**                        **January 29, 2013 at 8:30 a.m.**
                    File Findings of Fact and Conclusions of Law by January 21, 2013

                **Final PreTrial Conference**        **January 14, 2013 at 11:00 a.m.**
                    File PreTrial Documents not later than January 7, 2013
                    File motions in limine not later than December 17, 2012

                **Discovery Cut-off**                **October 9, 2012**

                **Expert Discovery Cut-off**         **December 10, 2012**
                    Initial disclosure of Experts not later than October 9, 2012
                    Rebuttal disclosure of Experts not later than November 9, 2012

                **Law and Motion Cut-off**           **December 10, 2012 at 1:30 p.m.**
                    Motions to be filed and served not later than November 9, 2012

        Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule
16-14 is a member of the settlement panel.  The Court orders that any settlement discussions shall be
completed not later than **August 17, 2012.**  Counsel shall file a Joint Report of the parties regarding
outcome of settlement discussions, the likelihood of possible further discussions and any help the Court
may provide with regard to settlement negotiations not later than seven (7) days after the settlement
conference.

                                                            0          :          05

cc: ADR Office

                                    Initials of Preparer:            ag